# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HAROLD SHAWSNESSY SIMS**                                        **PLAINTIFF**

v.                              No. 3:19-cv-2-DPM

**MARTY BOYD, Sheriff, Craighead County**                         **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Sims hasn't paid the $400 filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because he is a three-striker. Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Sims v. Boyde, et al.*, 4:16-cv-638-SWW; *Sims v. Thayor, et al.*, 4:18-cv-652-SWW; *Sims v. Warren, et al.*, 4:18-cv-656-SWW; *Sims v. Saddler, et al.*, 4:18-cv-657-KGB; and *Sims v. Pruitt, et al.*, No. 4:18-cv-666-JM. Further, nothing in Sims's complaint suggests he's currently in imminent danger of serious physical injury. № 2; 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Sims wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 15 February 2019. An *in forma pauperis* appeal from this

Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 Janvary 2019