IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HAROLD SHAWSNESSY SIMS                                    PLAINTIFF

v.                    No. 3:19-cv-2-DPM

MARTY BOYD, Sheriff, Craighead County                     DEFENDANT

## JUDGMENT

Sims's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2019